IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | CASE NO. 01 CR 405 |
| | ) | |
| v. | ) | JUDGE DAVID H. COAR |
| | ) | |
| ERNESTO G. MUTUC, | ) | |

FILED
FEB 1 8 2003
Judge David H. Coar
United States District Court

## STATEMENT OF REASONS

FEB 19 2003

# See Case File For Exhibits